Certificate Number: 05781-CT-DE-041221800

Bankruptcy Case Number: 26-30564



05781-CT-DE-041221800

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 19, 2026</u>, at <u>8:47</u> o'clock <u>AM PDT</u>, <u>Jacob Arce</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>District of Connecticut</u>.

Date:   <u>July 19, 2026</u>          By:      <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>